UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDREW ZHANG, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>                              Plaintiff,<br><br>            -against-<br><br>UNITED WORLD SOCCER – ONLINE, INC.,<br><br>                              Defendant. | 25-cv-3926 (ALC)<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.  All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    September 25, 2025
            New York, New York

_____
            ANDREW L. CARTER, JR.
            United States District Judge